IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:04-m-00142A |
| | ) | |
| ERIC RHODEN | ) | |

GOVERNMENT'S APPLICATION TO THE COURT
SEEKING LEAVE TO DISMISS THE COMPLAINT

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Mary E. Rogers, Assistant United States Attorney, and hereby seeks leave from this Court to dismiss the Complaint in the above-entitled matter pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. As reasons for this application the government states that this matter will be prosecuted by the State of Rhode Island. Consequently, the government is seeking leave of this Court to dismiss this case.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 26th day of August, 2005, I mailed a true copy of the Government's Application To The Court Seeking Leave to Dismiss the Indictment, ordinary mail and postage prepaid, to:

Michael Egan, Esq.
1865 Post Road
Suite 206
Warwick, Rhode Island 02886