IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:04-m-00142A |
| | ) | |
| ERIC RHODEN | ) | |

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Rhode Island hereby dismisses the Complaint in the above-entitled matter.

ROBERT CLARK CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

KENNETH P. MADDEN
First Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

BY ORDER:

Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
United States District Court

DATE: 8/29/05