IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) 1:04-m-00142A
)
ERIC RHODEN

**DEFENDANT'S APPLICATION FOR RETURN OF BAIL**

Comes now the Defendant Eric Rhoden, by and through his attorney Michael R. Egan, and hereby seeks this Honorable Court to order the return to the Defendant, via his attorney, his posted bail of Five Thousand ($5,000.00) Dollars for the reason that the complaint for which the bail was posted was dismissed pursuant to Rule 48(A) of the Federal Rules of Criminal Procedure, and further that there are no pending actions against this Defendant before this Honorable Court.

Defendant respectfully requests this be ordered immediately as Defendant needs the proceeds for support of his minor child.

Defendant
By his attorney,

Michael R. Egan, Esquire #4111
1865 Post Road, Ste 206
Warwick, RI 02886
(401) 738-8059

**CERTIFICATION**

I, the undersigned, do hereby certify that on the 16th day of September 2005 I mailed a true copy of the within Application for Return of Bail, ordinary mail and postage prepaid to:
The United States Attorney's office
Attn: Prosecution
50 Kennedy Plaza
Providence, RI 02903

# CERTIFICATION

I, the undersigned, do hereby certify that on the 16th day of September 2005 I mailed a true copy of the within Application for Return of Bail, ordinary mail and postage prepaid to:

The United States Attorney's office
Attn: Prosecution
50 Kennedy Plaza
Providence, RI 02903