IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:04-m-00142A |
| | ) | |
| ERIC RHODEN | ) | |

**ORDER**

The above-entitled matter came ~~on for hearing~~ on the 23rd day of September, 2005 before Judge Almond on Defendant's Application for Return of Bail. After ~~hearing thereon and~~ due consideration thereof, it is hereby:

**O R D E R E D:**

1. The Five Thousand ($5,000.00) Dollar bail posted by Defendant shall be returned forthwith, by check payable to Eric Rhoden and forwarded to his attorney Michael R. Egan.

ENTERED as an Order of this Honorable Court this 23rd day of Sept., 2005

APPROVED:
[signature]
Judge USMJ

ENTERED:
[signature]
Clerk

Presented by:
[signature]

Michael R. Egan, Esq. #4111
1865 Post Road, Suite 206
Warwick, RI 02886
738-8059