IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:04-m-00142A |
| | ) | |
| ERIC RHODEN | ) | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S APPLICATION FOR RETURN OF BAIL

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Mary E. Rogers, Assistant United States Attorney, and states that the government has no objection to the Defendant's Application For Return of Bail.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 26th day of September, 2005, I mailed a true copy of the Government's Response to Defendant's Application for Return of Bail, ordinary mail and postage prepaid, to:

Michael Egan, Esq.
1865 Post Road
Suite 206
Warwick, Rhode Island 02886